IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EBONI JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:11-cv-01045 |
| | ) |
| HEARTLAND AUTOMOTIVE | ) |
| SERVICES, INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Traci Daffer Martin, of the law firm Husch Blackwell LLP, hereby withdraws her appearance as counsel for Defendant Heartland Automotive Services, Incorporated in the above-captioned matter.

Respectfully submitted,

s/ Traci Daffer Martin
Kimberly A. Jones　　　　　Pro hac vice
Christi Hilker Vaglio　　　　Pro hac vice
Traci Daffer Martin　　　　　Pro hac vice
Husch Blackwell LLP
4801 Main Street - Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080 Facsimile
kimberly.jones@huschblackwell.com
christi.vaglio@huschblackwell.com
traci.martin@huschblackwell.com

and

KCP-4163127-1

        Josef S. Glynias      Ill. Bar No. 6281804
        Husch Blackwell LLP
        The Plaza in Clayton Office Tower
        190 Carondelet Plaza, Suite 600
        Saint Louis, Missouri 63105
        (314) 480-1500 Telephone
        (314) 480-1505 Facsimile
        joe.glynias@huschblackwell.com

        and

        Joseph E. Cwik      Ill. Bar No. 6229095
        Husch Blackwell LLP
        120 South Riverside Plaza - 22nd Floor
        Chicago, Illinois 60606
        (312) 655-1500
        (312) 655-1501 Facsimile
        joseph.cwik@huschblackwell.com

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The foregoing was served via the Court's ECF system this 30th day of September, 2011, to:

Charles Siedlecki
Charles Siedlecki and Associates, P.C.
10540 South Western Avenue - Ste. 405
Chicago, Illinois 60643
(773) 881-2535
**Attorney for Plaintiff**

        s/ Traci Daffer Martin
        Attorney for Defendant

KCP-4163127-1